1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              2:20-MC-00075-KJM-DB

12          Plaintiff,

13     v.                                 STIPULATION AND ORDER EXTENDING TIME
                                          FOR FILING A COMPLAINT FOR FORFEITURE
14 APPROXIMATELY $9,000.00 IN             AND/OR TO OBTAIN  AN INDICTMENT
   U.S. CURRENCY, AND                     ALLEGING FORFEITURE
15
   APPROXIMATELY $7,200.00 IN
16 U.S. CURRENCY,

17          Defendants.

18

19        It is hereby stipulated by and between the United States of America and potential claimant

20 Charles Isles ("claimant"), appearing *in propria persona*,  as follows:

21        1.      On or about January 14, 2020, claimant filed a claim in the administrative forfeiture

22 proceeding with the U.S. Postal Inspection Service with respect to the Approximately $9,000.00 in U.S.

23 Currency and Approximately $7,200.00 in U.S. Currency (hereafter "defendant currency"), which were

24 seized on October 25, 2019.

25        2.      The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required

26 by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a

27 claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant

28 has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

                                              1

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was April 13, 2020.

4.      By Stipulation and Order filed April 7, 2020, the parties stipulated to extend to July 10, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed July 10, 2020, the parties stipulated to extend to August 10, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to September 9, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

7.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to September 9, 2020.

Dated: 8/6/2020

McGREGOR W. SCOTT
United States Attorney

By:     /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:  8/5/2020

/s/ Charles Isles
CHARLES ISLES
Potential Claimant
Appearing *in propria persona*

(Signature authorized by email)

**IT IS SO ORDERED**.

Dated: August 8, 2020.

CHIEF UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time